UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBRA VOLLE,

        Plaintiff,

    v.

JAYESH DESAI, et al.,

        Defendants.

Case No. 21-cv-04503-PJH

**SCHEDULING ORDER**

Re: Dkt. No. 19

    The court is in receipt of the parties' joint status report. It is clear from previous filings that the parties are fully aware of General Order 56 and its requirements. Dkt. 10, 11, 12, & 17. General Order 56 remains in effect. The parties are hereby reminded that they must request, not presume, that they can change dates, and they must do so before deadlines expire.

    The parties shall submit a stipulated request continuing the settlement meeting deadline, and they must explain good cause for such a change. The parties shall additionally explain their intended course of action under paragraph 9 of General Order 56, titled "Mediation," should the settlement meeting prove unsuccessful. The parties' stipulation is due no later than seven (7) days from the date of this order.

**IT IS SO ORDERED.**

Dated: December 14, 2021

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge