**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorney for DEBRA VOLLE, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA VOLLE,<br>　　　　　Plaintiff,<br>vs.<br>JAYESH DESAI; TRAVEL INN ASSOCIATES, LP, a California limited partnership; SANDS MOTEL PARTNERS 1 L.P., a California limited partnership; and DOES 1-10, Inclusive,<br>　　　　　Defendants. | Case No. 21-cv-4503-PJH<br><br>**STIPULATION AND ORDER CONTINUING SETTLEMENT MEETING DEADLINE** |

　　　　Plaintiff DEBRA VOLLE ("Plaintiff") brings this civil rights action against Defendants JAYESH DESAI; TRAVEL INN ASSOCIATES, LP, a California limited partnership; and SANDS MOTEL PARTNERS 1 L.P., a California limited partnership (collectively, "Defendants").

　　　　In response to the Court's Scheduling Order (Dkt.20), Plaintiff and Defendants hereby submit this "Stipulation And [Proposed] Order Continuing Settlement Meeting Deadline"

("Stipulation") and respectfully request that the deadline to complete the Settlement Meeting under General Order No. 56 be continued to **January 14, 2022**.

Explanation of Good Cause for Requested Continuance

The parties believe that good cause exists based on the following:

On October 25, 2021, Defendants received Plaintiff's expert's 86 page "Joint Inspection Report" ("Report").  Due to a combination of: (1) Defendants desiring sufficient time for full review and analysis of the Report, with the desire of making the Settlement Meeting more productive; and (2) difficulties in scheduling the Settlement Meeting as result of the parties and their attorneys respective calendars, the first date mutually available to the parties and their attorneys for the Settlement Meeting was January 14, 2022.

Intended Course of Action under ¶9 (Mediation) of General Order 56

If the Settlement Meeting is not successful, the parties shall file the appropriate "Notice of Need for Mediation and Certificate of Counsel" within three (3) business days from the date of the Settlement Meeting.

IT IS SO STIPULATED

Dated: December 21, 2021        /s/ Irakli Karbelashvili
                                Irakli Karbelashvili, Attorney for Plaintiff
                                DEBRA VOLLE

Dated: December 21, 2021        /s/ Steven A. Simontacchi
                                Steven A. Simontacchi, Attorneys for Defendants JAYESH DESAI, TRAVEL INN ASSOCIATES, LP, a California limited partnership, and  SANDS MOTEL PARTNERS 1 L.P., a California limited partnership

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: December 21, 2021        /s/ Irakli Karbelashvili
                                Irakli Karbelashvili, Attorney for Plaintiff
                                DEBRA VOLLE

**ORDER**

Having reviewed the parties' Stipulation, and good cause appearing, the deadline to hold the Settlement Meeting is continued to January 14, 2022.   If the Settlement Meeting is not successful, the parties shall file the appropriate "Notice of Need for Mediation and Certificate of Counsel" within three (3) business days from the date of the Settlement Meeting.

**IT IS SO ORDERED.**

Date: 12/21/2021

_____
United States District Judge